**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             November 1, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 13-cv-02219-RPM

| | |
|---|---|
| ATIGUN, INC., | Paul D. Godec |
| Plaintiff, | |
| v. | |
| | Craig N. Johnson |
| PREMIER OILFIELD EQUIPMENT COMPANY, | Kieran A. Lasater |
| TIGER OILFIELD TANK CO., LLC., | Justin D. Heideman |
| HY-TECH TRUCK AND RAILER MANUFACTURING, LLC., and | |
| GARY HARMS, JR., | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**11:00 a.m.     Court in session.**

Discussion regarding parties' corporate disclosure statements.
Plaintiff's counsel state Atigun is a closely held corporation.
Defendants' counsel state Premier is a limited partnership and Mr. Harms is an employee (chief technical officer-CTO).
Mr. Heideman states the Asset Purchase Agreement has been disclosed to plaintiff.

Counsel states first round of initial disclosures have been completed.

**ORDERED:   Defendant Gary Harms, Jr.'s Withdrawal of [16] Motion for Summary Judgment [17], is granted and document [16] is withdrawn.**

Discussion regarding case facts (parties' respective case positions).
Counsel state about half the tanks purchased by plaintiff from defendants have been sold but the original tank at issue is still in plaintiff's possession.
Mr. Heideman identifies documents (emails/letters) regarding tank construction requirements.
Mr. Heideman states the tanks are assembled at Fort Morgan.
Mr. Godec states Atigun is still in business.

November 1, 2013
13-cv-02219-RPM

Discussion regarding MSHA (Mine Safety and Health Administration)(ND/AK).

Mr. Godec states plaintiff anticipates filing a third amended complaint clarifying claims concerning applicable law, warranty, Gary Harms and successor liability.

**ORDERED:** **Plaintiff's motion to amend complaint is granted and deadline to file third amended complaint is December 16, 2013.**
**Defendants answers/response due January 13, 2014.**
**Informal discovery permitted.**
**No scheduling order entered.**

Counsel agree to confer to determine whether the case will be tried to jury or court.

Court states, after the filing of defendants' responses, it will determine whether to set another scheduling conference.

**11:25 a.m.** **Court in recess.**

Hearing concluded.  Total time: 25  min.