THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02219-RPM

ATIGUN, INC.,

    Plaintiff,

v.

PREMIER OILFIELD EQUIPMENT COMPANY, A Delaware corporation;
TIGER OILFIELD TANK COMPANY, LLC, f/k/a DELTA OILFIELD TANK CO., LLC,
  a Colorado Limited Liability Company;
HY-TECH TRUCK & TRAILER MANUFACTURING, LLC, a Colorado Limited Liability Company,
and
GARY HARMS, JR.,

    Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2
---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: January 30th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge