**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Richard P. Matsch**

Civil Action No. 13-cv-02219-RPM

ATIGUN, INC., an Alaska corporation,

    Plaintiff,

v.

PREMIER OILFIELD EQUIPMENT COMPANY, a Delaware corporation;
TIGER OILFIELD TANK COMPANY, LLC, f/k/a DELTA OILFIELD TANK CO., LLC,
a Colorado limited liability company;
HY-TECH TRUCK & TRAILER MANUFACTURING, LLC, a Colorado limited liability
company;
ALTIRA TECHNOLOGY FUND V, L.P., a Delaware limited partnership;
TRIPLE S IRREVOCABLE TRUST FUND;
GARY HARM, JR. an individual; and
CINDY HARMS, an individual,

    Defendants.

---

**ORDER GRANTING MOTION TO STRIKE EXHIBIT B TO PLAINTIFF'S THIRD**
**AMENDED COMPLAINT**

---

Upon review of Defendant Premier Oilfield Equipment Company's Motion to Strike Exhibit B to Plaintiff's Third Amended Complaint [Doc. 44] and Plaintiff Atigun's Response, the Court concludes that Exhibit B should be stricken from Plaintiff's Third Amended Complaint as it is unnecessary evidentiary material.  Whether it is admissible at trial under the Federal Rules of Evidence can be determined at a later date.  It is

ORDERED that Defendant Premier's Motion to Strike Exhibit B to Plaintiff's Third Amended Complaint [Doc. 44] is granted.

Dated:  August 11, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge