THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02219-RPM

ATIGUN, INC.,

      Plaintiff,

v.

PREMIER OILFIELD EQUIPMENT COMPANY, A Delaware corporation;
TIGER OILFIELD TANK COMPANY, LLC, f/k/a DELTA OILFIELD TANK CO., LLC,
  a Colorado Limited Liability Company;
HY-TECH TRUCK & TRAILER MANUFACTURING, LLC, a Colorado Limited Liability Company;
ALTIRA TECHNOLOGY FUND V, L.P., a Delaware limited partnership;
TRIPLE S IRREVOCABLE TRUST FUND;
GARY HARMS, JR., and
CINDY HARMS,

      Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **September 29, 2014, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 25, 2014.**  The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated: August 18th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge