THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02219-RPM

ATIGUN, INC.,

    Plaintiff,

v.

PREMIER OILFIELD EQUIPMENT COMPANY, A Delaware corporation;
TIGER OILFIELD TANK COMPANY, LLC, f/k/a DELTA OILFIELD TANK CO., LLC,
  a Colorado Limited Liability Company;
HY-TECH TRUCK & TRAILER MANUFACTURING, LLC, a Colorado Limited Liability Company;
ALTIRA TECHNOLOGY FUND V, L.P., a Delaware limited partnership;
TRIPLE S IRREVOCABLE TRUST FUND;
GARY HARMS, JR., and
CINDY HARMS,

    Defendants.

## ORDER EXTENDING TIME TO FILE REPLY BRIEF

Upon consideration of Defendants Triple S Irrevocable Trust Fund and Cindy Harm's motion for extension of time, to and including October 12, 2015, to reply to Plaintiff's Response to Motion for Summary Judgment [Doc. 95], it is

ORDERED that the motion is granted.

Dated:   October 8th, 2015

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge