THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02219-RPM

ATIGUN, INC.,

 Plaintiff,

v.

PREMIER OILFIELD EQUIPMENT COMPANY, A Delaware corporation;
TIGER OILFIELD TANK COMPANY, LLC, f/k/a DELTA OILFIELD TANK CO., LLC,
 a Colorado Limited Liability Company;
HY-TECH TRUCK & TRAILER MANUFACTURING, LLC, a Colorado Limited Liability Company;
ALTIRA TECHNOLOGY FUND V, L.P., a Delaware limited partnership;
TRIPLE S IRREVOCABLE TRUST FUND;
GARY HARMS, JR., and
CINDY HARMS,

 Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

 Upon consideration of Plaintiff's Unopposed Fourth Motion to Amend Scheduling Order

[Doc. 117], it is

 ORDERED that the motion is granted and Section 7 of the Scheduling Order is amended

as follows:

  b. Discovery Cut-off: March 1, 2016

  c. Dispositive Motion Deadline: March 1, 2016

  e. Depositions Scheduled by: February 1, 2016 and completed by February 26,

   2016

  f. Serve interrogatories: February 1, 2016

  g. Serve requests for production: February 1, 2016.

Dated:   January 15th, 2016

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge