THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02219-RPM

ATIGUN, INC.,

    Plaintiff,

v.

PREMIER OILFIELD EQUIPMENT COMPANY, A Delaware corporation;
TIGER OILFIELD TANK COMPANY, LLC, f/k/a DELTA OILFIELD TANK CO., LLC,
  a Colorado Limited Liability Company;
HY-TECH TRUCK & TRAILER MANUFACTURING, LLC, a Colorado Limited Liability Company;
ALTIRA TECHNOLOGY FUND V, L.P., a Delaware limited partnership;
TRIPLE S IRREVOCABLE TRUST FUND;
GARY HARMS, JR., and
CINDY HARMS,

    Defendants.

---

### ORDER AMENDING SCHEDULING ORDER

---

Upon consideration of the Unopposed Fifth Motion to Amend Scheduling Order [Doc. 123], it is

ORDERED that the motion is granted and Section 7 of the Scheduling Order is amended as follows:

    b. Discovery Cut-off: May 1, 2016

    c. Dispositive Motion Deadline: May 1, 2016

    e. Depositions Scheduled by: April 1, 2016 and completed by May 1, 2016

    f. Serve interrogatories: April 1, 2016

    g. Serve requests for production: April 1, 2016.

Dated: January 27th, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge